IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ALVIN GAMAR STANLEY,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **Commissioner TIMOTHY** : <br> **C. WARD,** *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | Case No.: 5:22-cv-00413-CAR-CHW |

## ORDER

*Pro se* Alvin Stanley, an inmate at Metro Transitional Center,[1] filed a complaint pursuant to 42 U.S.C. § 1983 concerning his placement in Riverbend Correctional Facility. (Docs. 1, 21). Following screening, one claim for deliberate indifference to a serious medical need against Defendant Siska was allowed to proceed for further factual development. (Docs. 25, 41). On August 22, 2023, Defendant Siska was personally served by a deputy U.S. Marshal. (Doc. 40). To date, Defendant Siska has not responded to Plaintiff's complaint.

Because Defendant Siska's time for responding to Plaintiff's complaint has long passed, the Clerk of Court is hereby **DIRECTED** to enter a default against Defendant Siska upon the docket. Plaintiff shall file a motion for default judgment within 21 days of this

---

[1] Plaintiff has filed a number of cases in this Court. In his most recent filings, his address reflects that he is in Metro Transitional Center. The Clerk of Court is **DIRECTED** to update the address in this case to match a more recent case, *Stanley v. Ward*, 5:23-cv-204-MTT-CHW.

<u>Order. Failure to comply may result in this action being dismissed for failure to prosecute.</u> The motion for default judgment shall state whether a hearing is necessary to determine damages, and if a hearing is not necessary, the motion shall include all evidence supporting the damages sought in the motion. A copy of this order shall be mailed to Defendant Siska at the address at which service was perfected.

**SO ORDERED**, this 20th day of August, 2024.

<u>s/ Charles H. Weigle</u>
Charles H. Weigle
United States Magistrate Judge